# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1212
LT Case No. 2022-CF-001285-A

_____

JACQUES DURHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Jacques Durham, Sanford, pro se.

No Appearance for Appellee.

August 20, 2024

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*